# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2024

## NO. 03-24-00086-CV

**Larry W. Campbell and Jacquie L. Campbell, Appellants**

**v.**

**Rolling Hills Reserve Property Owners Association, Inc., Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on January 8, 2024. Larry W. Campbell and Jacquie L. Campbell have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.